IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-111-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JULIO RODRIGUEZ DIAZ, | ) | |
| | ) | |
| Defendant. | ) | |

Om December 4, 2023, this court dismissed defendant's motion under 28 U.S.C. § 2255 [D.E. 675, 676]. On February 8, 2024, defendant filed a notice of appeal [D.E. 681]. On June 4, 2024, defendant filed a motion requesting leave to file and correct statements [D.E. 691].

Defendant's appeal is pending. The United States Court of Appeals for the Fourth Circuit has jurisdiction. Defendant's motion [D.E. 691] is DISMISSED.

SO ORDERED. This 15 day of July, 2024.

JAMES C. DEVER III
United States District Judge