IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-111-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JULIO RODRIGUEZ-DIAZ, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's conviction and sentence is final. See [D.E. 693, 694, 715]. The court DENIES as meritless defendant's motion for a new sentence under U.S.S.G. § 2D1.1 and § 3B1.2.

SO ORDERED. This 10 day of November, 2025.

JAMES C. DEVER III
United States District Judge